

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

MARIA DEL ROSARIO V. GARCIA, LEE ANN V. MARTINEZ, RUBEN VILLARREAL, JR., JULISSA V. GARCIA, REBECCA VILLARREAL, and RAQUEL V. JUAREZ,

Appellants,

v.

JAVIER RAMIREZ as Co-Trustee of the RAMIREZ MINERAL TRUST; SONIA RODRIGUEZ as Co-Trustee of the RAMIREZ MINERAL TRUST; VICTOR M. RAMIREZ as Co-Trustee of the RAMIREZ MINERAL TRUST; SANTIAGO RAMIREZ, JR. as Co-Trustee of the RAMIREZ MINERAL TRUST; VICTOR M. RAMIREZ, an Individual; SANTIAGO RAMIREZ, JR., an Individual; SYLVIA R. RAMIREZ, an Individual; DAHLIA R. LOPEZ, an Individual; SONIA GARZA RODRIGUEZ, an Individual; JAVIER RAMIREZ, an Individual; SOTERO RAMIREZ, JR.. an Individual; AMADO RAMIREZ, JR., AN INDIVIDUAL; PRISCILLA GARZA LOZANO, an Individual; BLAS GARZA III, an Individual; SONIA RODRIGUEZ as Heir and Co-Executor to the Estate of BLAS GARZA, JR.; BLAS GARZA III, as Heir and Co-Executor to the Estate of BLAS GARZA, JR.; PRISCILLA GARZA LOZANO as Heir and Co-Executor to the Estate of BLAS GARZA, JR.,

Appellees.

§ § § § § § § § § § § § § § § § § § § § §

No. 08-23-00117-CV

Appeal from the

49th Judicial District Court

of Zapata County, Texas

(TC# 5,937-C)

## **J U D G M E N T**

The Court has considered this cause on the record. Having concluded that the order upon which this appeal is predicated is not a final, appealable order, we dismiss the appeal for want of jurisdiction. We further order that Appellant pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MAY 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.